FILED

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT ORLANDO, FLORIDA

2015 MAY 15  PM 12: 11

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

**CARLOS RAMOS**
Plaintiff,

v.

**FFI HOLDING FLORIDA INC.**
***dba* LA FAMILIA PAWN and**
**JEWELRY, CDYNE CORP.**
Defendant(s)

NO. 6:15-cv-647 – *OU· 22 GJK*

**VERIFIED COMPLAINT**

_____/

## FIRST AMENDED COMPLAINT FOR STATUTORY DAMAGES
## UNDER 47 U.S.C. § 227 *et. seq.*, THE TCPA
## JURY DEMAND

1. Defendant FFI Holding Florida, Inc. (FFI) and/or CDYNE Corp. (CDYNE) acting as an agent in behalf of FFI, sent (3) unsolicited texts messages, willfully or knowingly, to Ramos using an automatic telephone dialing system (ATDS) without his prior express written consent. These marketing text messages were sent on April 28, 2014.

2. Text messages are *"calls"* within the context of the TCPA. *Satterfield v. Simon & Schuster, Inc., 569 F.3d 946 (9th Cir. 2009).*

3. In brief, defendant(s) sent out three (3) unsolicited text messages to Ramos' cellular phone in violation of the TCPA. By sending these unauthorized text

messages (aka SMS Messages) knowing that Ramos did not provide his prior express written consent and by using equipment and/or software capable of storing and  dialing numbers randomly, sequentially or from a database of numbers, without human intervention, using an auto-dialer or a predictive dialer defendant(s) are in violation of the TCPA.

4. FFI or an agent acting on its behalf (CDYNE Corp), sent three (3) unsolicited marketing text messages, from the '*long code*" number (1-617-871-9509) in combination with the "*short code*" number (74121) used to reply to the SMS, without prior express consent from Ramos on April 28, 2014.

5. Defendant(s) have caused actual harm diminishing Ramos' cellular battery life and reducing data storage capacity. In addition, consumers have to frequently pay their service providers for the receipt of these intrusive and unwanted text messages.

6. The FCC recognized that wireless customers are charged for incoming calls whether they pay in advance or after the minutes are used. *See Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991, CG Docket No. 02-278, Report and Order, 18 FCC Rcd 14014 (2003).*

7. Under the TCPA and pursuant to the FCC's January 2008 Declaratory Ruling, the burden is on Defendant to demonstrate that Ramos provided express

consent within the meaning of the statute. *See FCC Declaratory Ruling, 23 FCC Rcd at 565.*

8. In order to redress these injuries, Ramos brings this suit under the TCPA, which prohibits unsolicited voice and text calls to wireless phones. Ramos seeks statutory damages, permissible treble award for each violation, together with costs and fees.

## JURISDICTION AND VENUE

9. This court has jurisdiction over this class action lawsuit under 28 U.S.C. § 1331 and 47 U.S.C. § 227. Venue in this District is proper because Ramos resides in Central Florida and Defendant(s) sent numerous wireless spam here to Ramos' cellular phone.

## PARTIES

10. Plaintiff, Carlos Ramos (Ramos), is a natural person, and a citizen of the State of Florida, residing in 823 OGNON COURT KISSIMMEE, FL 34759.

11. Defendants, FFI Holding Florida, Inc. *dba* La Familia Pawn and Jewelry (FFI) a Florida Corporation, headquartered in 2600 LAKE LUCIEN DRIVE SUITE 116 MAITLAND, FL 32751.

12. CDYNE is a Virginia Corporation, headquartered at 505 INDEPENDENCE PWAY. STE. 300, CHESAPEAKE VA 23320.

## FACTUAL ALLEGATIONS

*13.* Ramos states that he did indeed pawned an item once at La Familia about a couple of years ago and then in another occasion, between March and April 2014, Ramos *sold* to La Familia Pawn two items, an external hard disk drive (HDD) and an electrical extension cord.

*14.* Ramos realized that he had some sensitive data inside the HDD and within a few days went back to La Familia (1818 S. Semoran Blvd, Orlando, FL 32822) and spoke to Wilmar M. Mazo, (Sales and Lending Associate), and explained to Mr. Mazo that he wanted to "buy back" both items.

**15.** Mr. Mazo explained that the items could not be sold back to Ramos for (30) days from the date of the initial transaction. At that point Ramos provided Mr. Mazo his cellular number for the ***"explicit purpose"*** to be called as soon as the items were available for sale. About (30) days later, Mr. Mazo called Ramos to notify him that both items were available. Ramos purchased both items back.

**16.** Ramos states that he did not give prior express consent to FFI *dba* La Familia Pawn and Jewelry (*La Familia*), or any third party acting in behalf of FFI (CDYNE), to receive marketing text messages to his cellular phone.

**17.** FFI and/or CDYNE Corp., engaged in a marketing campaign and sent three (3) *generic* marketing text messages (SMS) to Ramos' cellular phone on April

4

28, 2014 (*see attached*); the body of the text was promoting a drawing and a (25%) discount from 5/5/2014 and 5/10/2014, just before mother's day, for purchases up to ($500.00).

18. The three (3) text messages were sent using a "*long code*" dedicated phone number (DID) (1-617-871-9509) in combination with a "*short code*" number (74121); the "*short code*" number is generally used for transmitting *en masse* wireless (SMS) text messages. (*See CDYNE FAQ attached*).

19. TCPA is a consumer protection statute that is remedial in nature, it should be construed liberally in favor of consumers. *Gager, 727 F.3d at 271*; *also see, Carmichael v. Nissan Motor Acceptance Corp., 291 F.3d 1278, 1280 (11th Cir.2002) (per curiam)*

## COUNT ONE
## WILLFUL OR KNOWING VIOLATION OF THE TCPA

20. Ramos incorporates Paragraphs 1 through 19.

21. FFI or an agent acting on his behalf (CDYNE), sent unsolicited text messages to Ramos using an automatic telephone dialing system or device which has the capacity to store or produce telephone numbers to be called using a random or sequential number generator.

22. The three (3) text messages (SMS) were made *willfully or knowingly* and without the prior express consent of Ramos.

23. The aforesaid calls were made in violation of the TCPA, 47 U.S.C. § 227(b)(1)(A)(iii).

## **RELIEF**

**WHEREFORE**, Ramos requests that the Court enter judgment in his favor and against Defendant(s) for:

(A) Statutory damages of up to $1500 dollars per text message for each willful or knowing violation of the TCPA;

(B) Reasonable fees and costs;

(C) Such further relief as this Court may deem appropriate.

Ramos demands a jury trial.

Ramos swears under the penalties of perjury that the facts and statements stated herein are true and correct based upon Ramos' knowledge and belief.

This amended complaint is dated this 6th day of May of 2015.

Respectfully Submitted,

Carlos Ramos *pro se*
823 Ognon Court
Kissimmee FL 34759
charlie.ramos@gmail.com

*April 06, 2015*

*Dear La Familia Pawn and CDYNE:*

*My name is Carlos Ramos.*

*I am writing to your Companies because I received three marketing text messages to my cellular phone on April 28, 2014.*

*See below:*



*The second part of the text messages are on page 2.*

1



*My phone was texted in 3 occasions, without my prior written express consent and the texts were sent by an "Automatic Telephone Dialing System".*

*SPACE LEFT IN BLANK*

2

*The TCPA is a strict liability statute.*

*The FCC recently ruled that sellers "may be held vicariously liable" for the actions of their third-party telemarketers.*

*See: http://bit.ly/1frSI2T*

*Each call or text in violation of the statute is subject to a $500.00 penalty.*
*47 U.S.C. § 227(b)(3)(B).*

*If the caller willfully or knowingly violates the statute, then each statutory penalty can be trebled.   47 U.S.C. § 227(b)(3).*

*The violations may qualify as a class action lawsuit.  It is safe to assume that there are other individuals in my same position.*

*This letter is to notify you of my intent to file a lawsuit for violation of*
*47 U.S.C. § 227, for willfully and knowingly violating this federal statute.*

*I am demanding 1,500.00 per each text received for a total of 4,500.00.*

*I will consult with an attorney (Morgan and Morgan) to explore my legal options, including filing a class action lawsuit.*

*If you wish to discuss settlement and avoid litigation expenses you may contact me on or before May 09, 2015 via email at: charlie.ramos@gmail.com or by the USPS mail at:*

*Carlos Ramos*
*823 Ognon Court*
*Kissimmee, FL 34759*

*Sincerely,*

*Carlos Ramos*

3





Success as a Service

# SMS Notify! API Frequently Asked Questions

## Contents

GENERAL QUESTIONS ....................................................................................................................2

What is SMS Notify! API?..........................................................................................................2

Which carriers do you support?...............................................................................................2

Does the SMS API support two-way communication? ............................................................2

How many messages can I send with SMS Notify! API? ..........................................................3

Where is CDYNE Corporation located?....................................................................................3

How reliable is the CDYNE SMS Gateway? ..............................................................................3

Where can I download SMS Notify!?........................................................................................3

Do you support email to text message? ..................................................................................3

How is a MMS sent or received? .............................................................................................3

How long does it take to deliver a text message? ...................................................................3

Can you guarantee delivery of every text message? ...............................................................4

DIDS & SHORTCODES ...................................................................................................................4

What is a short code? ..............................................................................................................4

Do you support short codes?...................................................................................................4

What is a DID?..........................................................................................................................4

What's the difference between short codes and DIDs? Which one should I use to send text messages?
...................................................................................................................................................4

How long does it take to start using a DID?.............................................................................5

Can keywords be used with DIDs?...........................................................................................5

How is a DID added to a deprecated version of SMS Notify!? ................................................5

PRICING QUESTIONS ....................................................................................................................6

Do I need to pre-pay to use your services? .............................................................................6

How much does SMS Notify! API cost?....................................................................................6

How do I get started with SMS Notify! API? ...........................................................................6

Frequently Asked Questions





## Success as a Service

What are the billing options? ............................................................................................. 6

What is a transaction? ....................................................................................................... 6

Do I pay for text messages that are not received? ............................................................ 7

Do you charge for response messaging? ........................................................................... 7

TECHNICAL QUESTIONS ...................................................................................................... 7

How do I integrate SMS Notify! into my application or system?........................................ 7

What is the length of a single SMS? What happens if my message exceeds the limit? ...... 7

Can I configure the sending number or does it have to be whatever number you provide? ......... 7

Will I receive a response to a message no matter how long the person takes to reply? .......... 7

Are 'STOP' features built in? ............................................................................................. 8

How do I get customer and technical support?................................................................... 8

SMS GLOSSARY.................................................................................................................. 8

RESPONSIBLE USE OF SMS NOTIFY! API............................................................................. 9

## GENERAL QUESTIONS

### What is SMS Notify! API?

SMS Notify! is a <u>secure</u> worldwide <u>SMS Gateway</u> that facilitates your business communications with a developer friendly API and <u>100% SLA</u>. Integrate SMS into custom console and web applications using DIDs (dedicated phone numbers) and short codes. _Top_

### Which carriers do you support?

SMS Notify! supports carriers based on the sending method. This <u>coverage page</u> outlines coverage for DIDs, U.S. short codes, and Canadian short codes. _Top_

### Does the SMS API support two-way communication?

Yes. U.S. DIDs support two-way communication to U.S. and Canadian handsets. U.S. and Canadian shortcodes also support two-way communication. Using DIDs or short codes, your application can send MT (outgoing) SMS or receive MO (incoming) text messages. SMS Notify! has a <u>PostBackURL</u> system that will post the status of messages sent and/or received.  International text messaging carries some restrictions. You can view the <u>coverage</u> Excel document for outbound and inbound text messaging reach. _Top_

Frequently Asked Questions



### Success as a Service



## How many messages can I send with SMS Notify! API?

When using DIDs, SMS Notify! will send MT messages at a rate of 1 per 2 seconds per DID. CDYNE also recommends sending no more than 500 MT messages per DID per day. Text messaging with DIDs is for low volume, person-to-person SMS.  Automated bulk sending of text messages is not allowed with DIDs.

For high volume and marketing messages, CDYNE offers short code SMS. Send up to 2,100 text messages per minute on your own dedicated short code. _Top_

## Where is CDYNE Corporation located?

We are based in Chesapeake, VA. All text messages sent with SMS Notify! originate from the United States and Canada. _Top_

## How reliable is the CDYNE SMS Gateway?

CDYNE's Service Level Agreement (SLA) is designed to protect our clients against unscheduled outages. As the leader in the Web Services industry, CDYNE is the only provider with such an uncompromising SLA, guaranteeing zero downtime of the services you rely on. The SLA provides unsurpassed levels of availability with correspondingly aggressive penalties for failure to comply with the SLA. This 100% uptime assurance is a direct result of CDYNE's relentless pursuit of service excellence.

CDYNE provides uptime reports and current API status for all services through a respected third party monitoring company. Please check status.cdyne.com for more information. Detailed historical reports are available upon request. _Top_

## Where can I download SMS Notify!?

SMS Notify! is a web based API and is not downloadable. To implement the API into your application, programming by a developer is required. Details about integrating SMS Notify! can be found on the programmer's wiki. _Top_

## Do you support email to text message?

No. We are dedicated to maintaining and supporting CDYNE Web Service APIs. In the event email support is added, customers will be notified.  _Top_

## How is a MMS sent or received?

SMS Notify! does not support sending or receiving MMS (Multimedia Messaging Service).  _Top_

## How long does it take to deliver a text message?

SMS Notify! API response times are in the low millisecond range. However, as soon as the message is sent to the carrier, delivery and response times will vary from a few seconds to a few minutes, dependent upon the carrier and their network. _Top_

Frequently Asked Questions

SMS Notify! API





Success as a Service

## Can you guarantee delivery of every text message?

No. Deliverability is dependent upon the carrier and their network. You can utilize the PostBackURL system for sent and received messages. This is where you host a webpage that we send immediate messages to.

- SMS Sent — This is posted when a message is sent from SMS Notify! to be delivered.
- SMS Response — This is posted when a response to an outgoing message arrives.
- SMS Received — This is posted when a message is sent to your DID and received by SMS Notify!
- SMS Delivery Receipt — This is posted for short code delivery receipts *when available Top*

## DIDS & SHORTCODES_____

## What is a short code?

A short code is a special 5-6 digit number (e.g., 74121) used to send and receive text messages across participating wireless carriers. Once a short code is purchased, you can provision your mobile campaign through CDYNE SMS Notify! API which provides the connectivity to participating carriers. The campaign must be detailed in an application or "program brief" which outlines the content, message flow, opt-in, and opt-out procedures.

The carriers want to ensure that each mobile program meets consumer protection best practices before they agree to activate a short code. Once approved, you can start sending short code text messages with SMS Notify! API. *Top*

## Do you support short codes?

CDYNE now offers short code. Please call 1-800-984-3710, email or initiate a chat for more details. *Top*

## What is a DID?

U.S. DIDs are SMS-enabled VOIP-based phone numbers that allow two-way text messaging (e.g., 757-544-9510). They are a good fit for businesses that require a local number, need to send text messages internationally, and have lower messaging volumes. DIDs can be used simultaneously for Voice and SMS communication. Please note that international text messaging carries some restrictions and two-way messaging is not available to or from all destinations. You can view the coverage Excel document for outbound and inbound text messaging reach. *Top*

## What's the difference between short codes and DIDs? Which one should I use to send text messages?

Each is a method to handle SMS communication. The difference in their capabilities, coverage, implementation, and pricing is significant and is determined by your SMS communication needs. This

Frequently Asked Questions

SMS Notify! API



Success as a Service



<u>article</u> discusses considerations to help decide if a phone number or short code SMS is the best choice for your business communication needs. Some of the main differences include:

- DIDs are available to send text messages worldwide. Short codes are limited to national borders and have to be activated in each country where an SMS campaign will take place.
- U.S. DIDs support voice or IVR calls (must use Phone Notify! in conjunction with SMS Notify!), while voice is an expensive add-on with short codes.
- Throughput for DIDs is 500 MT messages per DID per day, at a rate of 1 SMS per 2 seconds. Dedicated short codes send up to 2,100 MT text messages per minute. _Top_

## How long does it take to start using a DID?

SMS to U.S. and Canada
- All major U.S. and Canadian carriers are supported
- Random DIDs are available immediately
- Area code requests take 5 – 7 business days

SMS Worldwide
- <u>Click here</u> for a list of carriers supported worldwide
- Random DIDs are available in 1 – 2 business days

Place a DID order by calling 1-800-984-3710, <u>email</u> or initiating a <u>chat</u>. _Top_

## Can keywords be used with DIDs?

CDYNE SMS Notify! 2.0 includes keyword management features in an effort to uphold applicable federal and state laws, rules and regulations.

- When a CDYNE SMS Notify! 2.0 recipient types "HELP" CDYNE will automatically send back a boiler plate string with company name, contact information and STOP instructions to end text messages. SMS Notify! 2.0 users have the option to customize the help string.

- CDYNE SMS Notify! 2.0 will automatically manage the STOP, END, CANCEL, UNSUBSCRIBE, and QUIT keywords. When an SMS recipient sends any of these keywords, CDYNE will send provider blocked messages from our servers. _Top_

## How is a DID added to a deprecated version of SMS Notify!?

Unfortunately, deprecated versions (previous versions) of SMS Notify! cannot utilize a DID.  If you would like to utilize a DID, you would need to upgrade to the current version of the API. _Top_

Frequently Asked Questions

SMS Notify! API



**Success as a Service**



## PRICING QUESTIONS

### Do I need to pre-pay to use your services?

CDYNE services are post-pay for SMS Notify! with DIDs. Your credit card will not be charged until one month from sign-up date and will be billed monthly thereafter unless you deactivate or cancel services. Short code service has a separate pricing and set up structure. _Top_

### How much does SMS Notify! API cost?

DID SMS
- $9.99 per month maintenance fee
- $1/DID/month for U.S. DIDs. See Carrier Coverage & Pricing for International DIDs.
- 1 cent inbound/outbound when used with U.S. DIDs. See Carrier Coverage & Pricing for International rates.

Dedicated Short Code
- $3,000 Approval fee
- $200 Application fee
- $1,500 quarterly Leasing fee
- Keywords unlimited
- 1 cent per message _Top_

### How do I get started with SMS Notify! API?

Sign up online for an account to receive your activation key. Upon receipt of your account information, you will be contacted to verify the account for release. You may expedite this process by calling CDYNE at 1-800-984-3710 during the sign up process.

Trial keys are available to test the service for free. They offer full access to the SMS Notify! API and have a transaction cap with no expiration. Please call 1-800-984-3710, email or initiate a chat to obtain your trial key. _Top_

### What are the billing options?

During the account signup process, businesses in the U.S. and Canada may choose the credit card or Net 30 billing option. Net 30 terms are subject to an application approval process. Due to security measures, it is CDYNE's policy that we do not accept Net30 as a payment method for customers located outside of the U.S. and Canada, and you must have a valid credit card on file. _Top_

### What is a transaction?

A transaction represents each message that is sent or received through our SMS Gateway. One message is equal to 160 characters. If you send a text with more than 160 characters, SMS Notify! will send it as

Frequently Asked Questions





Success as a Service

two or more messages, with each billed as a transaction. Please note that Unicode messages are billed as 1 transaction for every 70 characters. *Top*

### Do I pay for text messages that are not received?

Yes. Each message sent through our SMS Gateway is charged as one transaction. *Top*

### Do you charge for response messaging?

Yes. Each message received counts as a transaction. *Top*

## TECHNICAL QUESTIONS_____

### How do I integrate SMS Notify! into my application or system?

To use the service, add a service reference to you application. This will allow your application to call the SMS Notify! API on our server for processing.

CDYNE has a developer's wiki for SMS Notify! API, which includes SMS Notify! Methods, API features, and Best Practices.

### What is the length of a single SMS? What happens if my message exceeds the limit?

A standard text message is limited to 160 characters, and a Unicode message is limited to 70 characters (including letters, numbers, spaces, symbols and punctuation).  SMS Notify! will automatically break up the message and send it in separate messages. Each message sent will count as a transaction. *Top*

### Can I configure the sending number or does it have to be whatever number you provide?

No. The sending number will be the DID or short code assigned to your account. In some cases with International sending, select countries and carriers will change the SenderID. Please see Carrier Coverage & Pricing for details. The API will default to sending from DIDs or short codes assigned to the license key that is passed. Multiple DIDs or short codes may be assigned to a single license key. Additional SMS Notify! API license keys may be generated at no additional cost. *Top*

### Will I receive a response to a message no matter how long the person takes to reply?

SMS Notify! API will post response messages up to 5 days from the time recipient receives the message. If you purchase a DID, then you can set up a postback URL for all messages received at any time. *Top*

Frequently Asked Questions

SMS Notify! API



# CDYNE □□□□□
### CORPORATION
## Success as a Service



## Are 'STOP' features built in?

Yes. An end user can opt-out by replying with the text message, 'STOP.' This will block their number from receiving future messages. They may text back 'RESUME' to unblock their number. The automatic STOP and RESUME responses are not case sensitive. _Top_

## How do I get customer and technical support?

Customer and technical support is available by phone (1-800-984-3710), email, or chat from 9:00am to 6:00pm EST, Monday through Friday. Emergency technical support is available after hours by calling 1-800-984-3710. _Top_

## SMS GLOSSARY_____

If there is anything missing that you feel should be included, please contact us by phone (1-800-984-3710), email, or chat.

**API (Application Program Interface)**
An interface which is used for accessing an application or a service from a program.

**Aggregator**
Aggregators provide connectivity between carrier networks and mobile service providers.

**Character**
Letters, numbers, spaces, symbols and punctuation. They can be strung together to create a text message.

**Interface**
A point of interaction between two systems.

**DID**
Also known as a virtual mobile number or long code. It is a (10-digit) number to which a user can send a text message to interact with an application. DIDs allow businesses to generate mobile originated (MO) SMS from customers or subscribers. It is a cost effective alternative to the premium billing of short codes.

**Mobile Originated**
A message originated from a mobile device.

**Mobile Terminated**
A message that terminates on a mobile device.





**Sender ID / Source Address**
The number an SMS message recipient will see on their mobile handset as the "From" number.

**Short Code**
Special telephone numbers, significantly shorter than full telephone numbers number to which an SMS or text message can be sent.

**SMS (Short Message Service)** – a technology that allows the exchange of short text messages (up to 160 characters) between mobile phone devices

**SMS Carrier**
Wireless carriers that provide the network infrastructure for the delivery of messages between end users and connection aggregators or application providers.

**SMS Gateway**
A service offering that allows the transmission or receipt of SMS messages.

**Web Reference**
Enables an application to consume one or more XML Web Services.
*Top*


# RESPONSIBLE USE OF SMS NOTIFY! API

CDYNE Corporation is committed to consumer protection and privacy and we do not allow the use of CDYNE SMS Notify! API for any type of unsolicited messaging. In an effort to ensure that all text messaging sent through CDYNE SMS Notify! API is conducted responsibly; we are providing the following summary guideline for CDYNE SMS Notify! API use.

- At all times, text messages sent from CDYNE SMS Notify! API must be in accordance with applicable federal and state laws, rules and regulations.
- Proof of recipient opt-in or explicit consent is required for all SMS text messaging through CDYNE SMS Notify! API.
- A recipient can stop participating and receiving messages through SMS Notify! by texting STOP. SMS Notify! will block sending to that recipient until they text RESUME.
- Users of CDYNE SMS Notify! API should record and store all opt-in and opt-out transactions.
- Content must be sent to age appropriate customers.
- Selling mobile opt-in lists is prohibited.

**Marketing Text Messages and Explicit Consent**
A marketing message is any message that seeks to sell or advertise goods or services.