UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CARLOS RAMOS,

    Plaintiff,

vs.                                CASE NO. 6:15-cv-647-Orl-22GJK

FFI HOLDINGS FLORIDA, INC. and
CDYNE CORP.,

    Defendants.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, FFI Holdings Florida, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

I HEREBY CERTIFY that on December 4, 2015, a true and correct copy of the foregoing was filed with the Clerk of Court pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Cases of this Court by using the CM/ECF system which will send notice of electronic filing and complete service of the foregoing as required by F.R.C.P. 5 to **Michael P. Schuette, Esquire** (mschuette@sessions-law.biz) and **Dayle M. Van Hoose, Esquire** (dvanhoose@sessions-law.biz), Sessions, Fishman, Nathan & Israel, LLC, 3350 Buschwood Park Dr., Suite 195, Tampa, FL 33618 and a true and correct copy of the foregoing was sent by U.S. Mail to **Carlos Ramos**, 14830 Del Morrow Way, Orlando, FL 32824.

26187218 v1

2

        */s/ Sheena Thakrar*
**Howard Marks**
Florida Bar No. 750085
Email:  hmarks@burr.com
Email:  dmmorton@burr.com
**Sheena Thakrar**
Florida Bar No. 871141
Email:  sthakrar@burr.com
Email:  jmorgan@burr.com
**Burr & Forman LLP**
200 S. Orange Avenue, Suite 800
Orlando, Florida 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601
*Attorneys for FFI Holdings Florida, Inc.*